FILED
July 13, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)   Case No. CR S-07-0266 FCD
          Plaintiff,           )
v.                             )   ORDER FOR RELEASE OF
                               )   PERSON IN CUSTODY
HUE VANG,                      )
                               )
          Defendant.           )

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release  HUE VANG , Case No.  CR S-07-0266 FCD

, Charge  18 USC §§ 371; 960; 956; 2332 , from custody subject to the conditions contained in

the attached "Notice to Defendant Being Released" and for the following reasons:

    ___    Release on Personal Recognizance

    X    Bail Posted in the Sum of $ _675,000°°_ _Vacarro Bond Secured by property_

    X    Unsecured Appearance Bond _to be replaced by the secured property bond, property to be posted within ten days of today's date._

    ___    Appearance Bond with 10% Deposit

    ___    Appearance Bond with Surety

    ___    Corporate Surety Bail Bond

    X    (Other)  _Pretrial Services Supervision of conditions of release._

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  _July 13, 2007_  at  _2:40_  pm .

By _/s/ Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge