KRISTA HART
Attorney at Law
State Bar No. 199650
428 J Street, Suite 350
Sacramento, CA  95814
(916) 498-8398

Attorney for Defendant
Hue Vang

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 2:07-cr-0266 FCD<br>)<br>) |
| Plaintiffs, | ) **WAIVER OF DEFENDANT'S APPEARANCE**<br>) |
| v. | )<br>) |
| HUE VANG, | )<br>) |
| Defendant. | )<br>) |

The defendant, HUE VANG, hereby waives his right to be present in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, impanelment of a jury and imposition of sentence.  Mr. Vang hereby requests the court to proceed during every absence of his which the court may permit pursuant to this waiver; agrees that his interest will be deemed represented at all times by the presence of his attorney, the same as if the defendant were personally present; and further agrees to be present in court ready for trial any day and hour

1  the court may fix in his absence.

2       Defendant further acknowledges that he has been informed of his
3  rights under sections 3161 - 3174 of Title 18 of the United States Code
4  (Speedy Trial Act), and has authorized his attorney to set times and
5  delays under the provisions of that Act without defendant being
6  present.

8  DATED: July 20, 2007                I hereby consent to this waiver.

10                                     /s/ Hue Vang
                                       (Original Signature in file)
11                                     Hue Vang - Defendant

13  DATED: July 20, 2007               I hereby consent to this waiver.
14

15                                     /s/ Krista Hart
                                       (Original Signature in file)
16                                     KRISTA HART
                                       Attorney for Defendant
17                                     Hue Vang

19       IT IS SO ORDERED.
20  DATED: July 20, 2007

23  _____
    FRANK C. DAMRELL, JR.
24  UNITED STATES DISTRICT JUDGE