1   KRISTA HART
    Attorney at Law
2   State Bar No. 199650
    428 J Street, Suite 350
3   Sacramento, CA  95814
    (916) 498-8398
4

5   Attorney for Defendant
    Hue Vang
6

7              IN THE UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10
    UNITED STATES OF AMERICA,      )  Cr.S. 07-266 FCD
11                                 )
                      Plaintiffs,  )  STIPULATION AND
12                                 )  ORDER CONCERNING PRETRIAL
          v.                       )  RELEASE CONDITIONS
13                                 )
    HUE VANG,                      )
14                                 )
                      Defendant.   )
15  _____  )

16       Hue Vang, by and through counsel Krista Hart, and the

17  United States of America (government) by and through counsel

18  Robert Twiss, and Pretrial Services Officer Monte Olson hereby

19  stipulate and agree to a one time leave from his court imposed

20  condition of home incarceration.

21       Mr. Vang has a preexisting financial obligation which

22  requires his personal attention.  On April 20, 2007, Mr. Vang

23  obtained a personal loan which was recorded and appeared on the

24  title insurance report for Mr. Vang's Tam-O-Shanter property.

25  Mr. Vang was in the process of refinancing his Tam-O-Shanter

26  property when he was arrested; he was going to use a portion of

27  the funds from the refinancing to repay the loan.  However,

with the arrest and his six-week detention the refinancing did
not go through.  The loan became due on July 31, 2007, and Mr.
Vang does not have the funds to repay the loan.  Mr. Vang
provided the government with the pertinent details and the name
and contact information of the loan officer to confirm this
information.

In order to resolve this issue, the parties agree Mr. Vang
should be allowed to leave his home on one occasion not to
exceed eight hours on a date and at a time to be approved by
pretrial services officer Monte Olson.

September 10, 2007                     /s/ Krista Hart_____
                                      Attorney for Hue Vang


September 10, 2007                     /s/ Monte Olson_____
                                      Pretrial Services Officer


September 10, 2007                     McGREGOR SCOTT
                                      United States Attorney


                                      /s/ Robert Twiss_____
                                      Assistant U.S. Attorney




                              **O R D E R**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: 9/10/07              /s/ Gregory G. Hollows
                           United States Magistrate Judge
vang.ord




                                 2