KRISTA HART
Attorney at Law
State Bar No. 199650
428 J Street, Suite 350
Sacramento, CA  95814
(916) 498-8398

Attorney for Defendant
Hue Vang

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr.S. 07-266 FCD |
| | ) | |
| Plaintiffs, | ) | STIPULATION AND ORDER |
| | ) | CONCERNING PRETRIAL RELEASE |
| v. | ) | CONDITIONS |
| | ) | |
| HUE VANG, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Hue Vang, by and through counsel Krista Hart, and the United States of America (government) by and through Assistant U.S. Attorney Robert Twiss hereby stipulate and agree to modify the terms of Mr. Vang's pretrial release conditions.

The parties stipulate and agree Mr. Vang's home confinement status should be converted from "Home Incarceration" to "Home Detention."  Mr. Vang will be allowed to work at Asia Supermarket at 4818 E. Tulare Avenue in Fresno, California and the companion warehouse at 910 S. Leonard in Sanger, California.  Under the Home Detention component of the home confinement program, Mr. Vang will be allowed to work at
/////

1  the market named above on dates and at times pre-approved by
2  the Pretrial Services Officer.
3      This modification will remain in effect for 60 days.  The
4  parties will re-evaluate the situation 60 days from the date
5  the Court signs the order.
6      Additionally, on January 22, 2008, Mr. Vang has a court
7  appearance in Fresno County Superior Court, Family Law Division
8  in case number 06CEFL04764 concerning custody/support of his
9  minor children.  The parties further stipulate and agree Mr.
10 Vang may be away from his residence for the hearing at specific
11 times approved the Pretrial Services Officer.

13 December 3, 2007                    _/s/ Krista Hart_____
                                       Attorney for Hue Vang

16 December 3, 2007                    McGREGOR SCOTT
                                       United States Attorney

18                                     _/s/ Robert Twiss____
                                       Assistant U.S. Attorney

**O R D E R**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: December 3, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

27 ddad1/orders.criminal/vang0266.stipord(2)

2