```
1  KRISTA HART
   Attorney at Law
2  State Bar No. 199650
   428 J Street, Suite 350
3  Sacramento, CA  95814
   (916) 498-8398
4

5  Attorney for Defendant
   Hue Vang
6
```

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

```
10
    UNITED STATES OF AMERICA,      ) Cr.S. 07-266 FCD
11                                 )
                      Plaintiffs,  ) STIPULATION AND ORDER
12                                 ) CONCERNING PRETRIAL
         v.                        ) RELEASE CONDITIONS
13                                 )
    HUE VANG,                      )
14                                 )
                      Defendant.   )
15  _____   )
```

16       Hue Vang, by and through counsel Krista Hart, and the

17 United States of America (government) by and through Assistant

18 U.S. Attorney Robert Twiss hereby stipulate and agree to modify

19 the terms of Mr. Vang's pretrial release conditions.

20       1.   Mr. Vang may attend the Hmong New Year's Celebration

21 in Fresno.  He may be away from his home on December 26, 2007,

22 between the hours of 8:00 a.m. and 10 p.m. to attend the

23 festival.

24       2.   Mr. Vang may spend one day at a local law library to

25 prepare for a family law custody hearing which will be held on

26 January 22, 2008.  Mr. Vang represents himself in the case and

27 /////

1  needs eight hours to prepare.  The date, time and specific
2  location to be approved by the pretrial services officer.
3       3.   Mr. Vang shall be allowed to obtain his computer from
4  his brother.  The government has provided CDs with audio
5  recordings of the various meetings and the various telephone
6  calls.  In order for Mr. Vang to review the CDs in his home, he
7  needs to have a computer.  The CDs are long and reviewing them
8  with counsel in counsel's office is time consuming and
9  laborious.  It would be much more efficient for Mr. Vang to
10 review the CDs in his home and then discuss them with counsel.

11 December 19, 2007                    /s/ Krista Hart
                                        Attorney for Hue Vang

14 December 19, 2007                    McGREGOR SCOTT
                                        United States Attorney

16                                       /s/ Robert Twiss
                                        Assistant U.S. Attorney


19                              **O R D E R**

20 **FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

21 DATED: December 19, 2007.

                                        _____
                                        DALE A. DROZD
                                        UNITED STATES MAGISTRATE JUDGE

26 Ddad1/orders.criminal/vang0266.stipord(4)