KRISTA HART
Attorney at Law
State Bar No. 199650
428 J Street, Suite 350
Sacramento, CA  95814
(916) 498-8398

Attorney for Defendant
Hue Vang

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cr.S. 07-266 FCD |
| Plaintiffs, | STIPULATION AND PROPOSED ORDER CONCERNING PRETRIAL RELEASE CONDITIONS |
| v. | |
| HUE VANG, | |
| Defendant. | |

Hue Vang, by and through counsel Krista Hart, and the United States of America (government) by and through Assistant U.S. Attorney Ellen Endrizzi hereby stipulate and agree to modify the terms of Mr. Vang's pretrial release conditions.

On December 26, 2007, Hue Vang's uncle died.  The Hmong death ritual including the funeral itself is the most elaborate and important of Hmong rituals.  It involves attending to the body - washing it, dressing it and performing religious ceremonies with it.  The funeral itself can be from three to 12 days; it involves, among other things, the preparation of three daily meals prepared by the men of the family and the sacrifice of a pig or chicken as well as round-the-clock attendance to

1  the body.
2      Mr. Vang is the oldest son of the oldest son of the
3  family, therefore, it is expected that he participate in the
4  entire ritual.  The parties stipulate and agree to the
5  following modifications:
6      1.  On December 28, 29, 30, 2007, and January 3, 2008,
7  Mr. Vang will be allowed to attend to funeral preparation and
8  participate in death rituals.  He will be allowed to be away
9  from his house from 8:00 a.m. to midnight.  Mr. Vang will
10 continue working at his job at the grocery store from noon to
11 8:00 p.m. on these dates.
12     2.  On December 31, 2007, and January 1 and 2, 2008, Mr.
13 Vang will be allowed to be away from his home for six hours
14 each day, the specific times to be arranged with pretrial
15 services.
16     3.  Mr. Vang will be allowed to be away from his home
17 January 4, 2008, at 7:00 a.m., and return on January 7, 2008,
18 at 5:00 p.m., in order to attend the three day funeral service
19 at United Chapel Services, 1146 B Street, in Fresno.

December 27, 2007                    /s/ Krista Hart
                                     Attorney for Hue Vang

////
////
////
////

```
December 27, 2007                         McGREGOR SCOTT
                                          United States Attorney


                                           /s/ Ellen Endrizzi
                                          Assistant U.S. Attorney
```

**O R D E R**

**SO ORDERED.**

DATED: December 27, 2007

                                          _____
                                          EDMUND F. BRENNAN
                                          UNITED STATES MAGISTRATE JUDGE

3