KRISTA HART
Attorney at Law
State Bar No. 199650
428 J Street, Suite 350
Sacramento, CA  95814
(916) 498-8398

Attorney for Defendant
Hue Vang

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr.S. 07-266 FCD |
| | ) | |
| Plaintiffs, | ) | STIPULATION AND ORDER |
| | ) | CONCERNING PRETRIAL |
| v. | ) | RELEASE CONDITIONS |
| | ) | |
| HUE VANG, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Hue Vang, by and through counsel Krista Hart, and the United States of America (government) by and through Assistant U.S. Attorney Robert Twiss hereby stipulate and agree to modify the terms of Mr. Vang's pretrial release conditions.

The parties agree to allow Mr. Vang one day (eight hours) away from home at a local law library to prepare for a family law custody hearing which will be held on January 22, 2008. Mr. Vang represents himself in the case and needs eight hours to prepare.  The date, time and specific location to be approved by the pretrial services officer.

///

///

```
January 15, 2008                    /s/ Krista Hart
                                    Attorney for Hue Vang


January 15, 2008                    McGREGOR SCOTT
                                    United States Attorney

                                    /s/ Robert Twiss
                                    Assistant U.S. Attorney
```

**O R D E R**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: January 15, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/vang0266.stipord(5)