KRISTA HART
Attorney at Law
State Bar #199650
428 J Street, Suite 350
Sacramento, California  95814
Telephone: (916) 498-8398

Attorney for Defendant
Hue Vang

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | No. Cr.S.-07-0266 FCD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO MODIFY PRETRIAL RELEASE CONDITIONS |
| HUE VANG, | |
| Defendant. | Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROBERT M. TWISS, Assistant United States Attorney, attorney for Plaintiff, and KRISTA HART, attorney for defendant Hue Vang, that the conditions of pretrial release set in this case on July 13, 2007, be modified as follows:

1. Hue Vang will no longer be subject to home detention or electronic monitoring.

2. Hue Vang will be allowed to be away from home for specific reasons with approval from his Pretrial Service Officer.  Specifically, Mr. Vang will be allowed to be away from his home for work, medical appointments, meetings with counsel, driving his children to and from school and court appearances in Fresno County Superior Court, Family Law Division in case number 06CEFL04764.

/////

3. Hue Vang's travel will be limited to the Eastern District of California unless prior approval is obtained from his Pretrial Services Officer.

All other terms and conditions of pretrial release previously imposed will remain in effect.

DATED: May 13, 2008                    /s/ Krista Hart
                                       Attorney for Hue Vang


DATED: May 13, 2008                    McGREGOR SCOTT
                                       UNITED STATES ATTORNEY


                                       /s/ Robert Twiss
                                       Assistant U.S. Attorney

IT IS SO ORDERED.


DATED: May 13, 2008.


_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/vang0266.stipord(6)

2