KRISTA HART
Attorney at Law
State Bar No. 199650
428 J Street, Suite 350
Sacramento, CA  95814
(916) 498-8398

Attorney for Defendant
Hue Vang

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr.S. 07-0266 FCD |
| | ) | |
| Plaintiffs, | ) | STIPULATION AND ORDER |
| | ) | CONCERNING PRETRIAL |
| v. | ) | RELEASE CONDITIONS |
| | ) | |
| HUE VANG, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Hue Vang, by and through counsel Krista Hart, and the United States of America (government) by and through Assistant U.S. Attorney Jill Thomas hereby stipulate and agree to modify the terms of Mr. Vang's pretrial release conditions. The parties stipulate condition 14 should be deleted.

Currently condition 14 provides:

You shall not use or have access to a computer, direct or indirect through another person on your behalf, during the pendency of this case.

Mr. Vang is now enrolled at Fresno Pacific University.  The college curriculum requires Mr. Vang to have access to computers and the internet.  The internet is needed to complete assignments, communicate with the instructor and access other information relevant to his classes.  Additionally, Mr. Vang has three children in high school; they need access to the internet for classes as well.

/////

Therefore, the parties stipulate and agree that condition number 14 of Mr. Vang's supervised release conditions will be deleted.

March 25, 2009                              */s/ Krista Hart*
                                            Attorney for Hue Vang


March 25, 2009                              LAWRENCE BROWN
                                            Acting United States Attorney

                                            */s/ Jill Thomas*
                                            Assistant U.S. Attorney


**O R D E R**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: March 24, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/vang0266.stipord(7)