KRISTA HART
Attorney at Law
State Bar No. 199650
1710 Broadway #88
Sacramento, CA  95818
(916) 498-8398

Attorney for Defendant
Hue Vang

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cr.S. 07-0266 FCD |
| Plaintiff, | STIPULATION AND ORDER CONCERNING PRETRIAL RELEASE CONDITIONS |
| v. | |
| HUE VANG, | |
| Defendant. | |

Hue Vang, by and through counsel Krista Hart, and the United States of America (government) by and through Assistant U.S. Attorney Jill Thomas hereby stipulate and agree to modify the terms of Mr. Vang's pretrial release conditions. The parties stipulate condition 10 should be modified. Currently condition 10 reads:

●You shall not possess a cell phone or access any cell phone directly or indirectly.

Mr. Vang needs to have access to and use a cell phone during his employment. Therefore, the parties stipulate and agree that Mr. Vang may use a cell phone during the course of his employment. Condition 10 should now read:

●You may possess a cell phone and access a cell phone only during the course of employment.

September 18, 2009                         */s/ Krista Hart*
                                            Attorney for Hue Vang

September 18, 2009                         LAWRENCE BROWN
                                            Acting United States Attorney

                                            */s/ Jill Thomas*
                                            Assistant U.S. Attorney

1

**O R D E R**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: September 17, 2009.

_/s/ Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/vang0266.stipord(8)